UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TREJO, et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>COUNTY OF IMPERIAL, et al.,<br><br>                              Defendants. | Case No.: 20-cv-1465-DDL<br><br>**AMENDED SCHEDULING ORDER** |

At a status conference on December 18, 2023, the parties informed the Court there is a pending settlement between Plaintiffs and Defendant County of Imperial. Dkt. No. 160. For the reasons discussed at the status conference, the pretrial schedule is hereby **AMENDED** as follows:

1. Defendant California Forensic Medical Group ("CFMG") has filed a motion for judgment on the pleadings to preclude any claim for punitive damages. Plaintiffs must file an opposition by not later than **January 2, 2024**, which must not exceed 10 pages, exclusive of exhibits. CFMG may file any reply by not later than **January 9, 2024**, which must not exceed 5 pages, exclusive of exhibits. The Court will hold an in-person hearing on CFMG's motion on **January 19, 2024**, at **1:30 p.m.**

///

///

2.   Counsel shall file their Memoranda of Contentions of Fact and Law and take any other action required by Civil Local Rule 16.1(f)(2) and (f)(3) by not later than **January 22, 2024**.

3.   Counsel shall comply with the pretrial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) by not later than **January 22, 2024**. Failure to comply with these disclosure requirements could result in evidence preclusion or other sanctions under Federal Rule of Civil Procedure 37.

4.   Counsel shall meet and take the action required by Local Rule 16.1(f)(4) by not later than **January 29, 2024**. Counsel shall work cooperatively to prepare a final pretrial conference order, which addresses the following:

a.   A joint neutral statement to be read to the jury, not in excess of one page, of the nature of the case and the claims and defenses.

b.   A list of the causes of action to be tried, referenced to the complaint. For each cause of action, the order shall succinctly list the elements of the claim, damages/remedies, and any defenses. Any cause of action in the complaint which is not listed shall be dismissed with prejudice.

c(1).   A list of each witness counsel expect to call at trial with a brief statement, not exceeding four sentences, of the substance of the witnesses' testimony.

c(2).   A list of each expert witness counsel expect to call at trial with a brief statement, not exceeding four sentences, of the substance of the witnesses' testimony.

c(3).   A list of additional witnesses, including experts, counsel do not expect to call at this time but reserve the right to call at trial along with a brief statement, not exceeding four sentences, of the substance of the witnesses' testimony.

d(1).   A list of all exhibits that counsel expect to offer at trial with a one-sentence description of the exhibit. All exhibits will be identified

numerically. Plaintiff's exhibits will be numbered 1 through 99; the County's exhibits will be numbered 100 through 199; and CFMG's exhibits will be numbered 200 through 299.

d(2). A list of all other exhibits that counsel do not expect to offer at this time but reserve the right to offer if necessary at trial with a one-sentence description of the exhibit.

e. A statement of all facts to which the parties stipulate. This statement shall be on a separate page and will be read to and provided to the jury at the beginning of trial.

f. A list of all deposition transcripts by page and line, or videotape depositions by section, that will be offered at trial.

g. Estimated number of hours per side for trial.

h. Counsel will note any objections they have to any other parties' Federal Rules of Civil Procedure 26(a)(3) pretrial disclosures.

5. Counsel for Plaintiff will be responsible for preparing the Proposed Pretrial Order and arranging the meetings of counsel pursuant to Civil Local Rule 16.1(f). By not later than **February 5, 2024**, Plaintiff's counsel must provide opposing counsel with the Proposed Pretrial Order for review and approval. Opposing counsel must communicate promptly with Plaintiff's attorney concerning any objections to form or content of the Proposed Pretrial Order, and both Parties shall attempt promptly to resolve their differences, if any, concerning the Proposed Pretrial Order.

6. The Proposed Final Pretrial Conference Order, including objections to any other Party's Federal Rule of Civil Procedure 26(a)(3) Pretrial Disclosures, shall be prepared, served, and lodged with the undersigned's chambers by not later than **February 12, 2024**, and shall be in the form prescribed by and comply with Civil Local Rule 16.1(f)(6).

7. The final Pretrial Conference is scheduled on the calendar of the **Honorable David D. Leshner** on **February 26, 2024** at **1:30 p.m.**

8. Trial will begin on **March 11, 2024** at **9:00 a.m.**

9. The dates and times set forth herein will not be modified except for good cause shown.

**IT IS SO ORDERED.**

Dated: December 21, 2023

*David Leshner*
_____
Hon. David D. Leshner
United States Magistrate Judge