UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TREJO, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP,<br><br>　　　　　　　　　　Defendant. | Case No.: 20-cv-1465-DDL<br><br>**FINAL PRETRIAL CONFERENCE ORDER** |

Pursuant to Federal Rule of Civil Procedure 16(e), Local Civil Rule 16.1(f) and the Court's Amended Scheduling Order (Dkt. No. 185), **IT IS ORDERED**:

## I.

## STATEMENT OF THE CASE

From October 27, 2018 to February 23, 2019, Jose Banda Pichardo was an inmate incarcerated at the Imperial County Sheriff's Department, Regional Adult Detention Facility. During this time, Defendant California Forensic Medical Group was responsible for administering medical and mental health care to inmates incarcerated at the Imperial County Sheriff's Department, Regional Adult Detention Facility. On February 23, 2019, Jose Banda Pichardo died by suicide in his cell by asphyxiating himself with a bedsheet.

The parties in this case are Plaintiff Estate of Jose Banda Pichardo, Plaintiff Jose Trejo, who is the father of decedent Jose Banda Pichardo, Plaintiff Susana Banda, who is

the mother of decedent Jose Banda Pichardo, and Defendant California Forensic Medical Group (hereinafter also "CFMG").

## II.

## CAUSES OF ACTION

The pleadings that raise the issues are Plaintiff's Fourth Amended Complaint, filed on January 30, 2024 (Dkt. No. 175); and Defendant's Answer, filed March 1, 2024 (Dkt. No. 176).

The causes of action against Defendant CFMG are the third cause of action, which is a survival cause of action for negligence brought on behalf of Plaintiff Estate of Jose Banda Pichardo, and the fifth cause of action, which is a wrongful death cause of action brought on behalf of Plaintiffs Jose Trejo and Susana Banda pursuant to California Code of Civil Procedure § 377.60.

## III.

## WITNESSES

**A.   Expect to Call**

   **1.   Plaintiffs**

   1.   Plaintiff Jose Trejo: Plaintiff in this case who will testify as to damages.

   2.   Plaintiff Susana Banda: Plaintiff in this case who will testify as to damages.

   3.   Michael Jay Dibble: Independent witness who will testify as to events perceived relative to underlying incident.

   4.   Joshua Lee Greene: Independent witness who will testify as to events perceived relative to underlying incident.

   5.   Dagoberto Conde: Independent witness who will testify as to events perceived relative to underlying incident.

   6.   Plaintiffs' Forensic Psychiatrist Expert Nicole Johnson, M.D.: Plaintiff's retained expert witness relative to psychiatry.

   7.   Plaintiffs' Corrections Expert Tim Gravette: Plaintiff's retained expert witness relative to correctional practices.

8. Imperial County Sheriff's Office Deputy Chief Jamie Clayton (Ret.): County employee who will testify as to underlying incident and provide testimony relative to the jail.

9. Imperial County Sheriff's Office Watch Commander Colby Stewart: County employee who will testify as to underlying incident and provide testimony relative to the jail.

10. Imperial County Sheriff's Office Correctional Officer Arthur Aguilar: County employee who will testify as to underlying incident and provide testimony relative to the jail.

11. Imperial County Sheriff's Office Correctional Officer Dominic Aguirre: County employee who will testify as to underlying incident and provide testimony relative to the jail.

12. Imperial County Sheriff's Office County FRCP 30(b)(6) Person Most Knowledgeable Juan Chavarin: County employee who will testify as to underlying incident and provide testimony relative to the jail.

13. CFMG Health Services Administrator and FRCP 30(b)(6) Person Most Knowledgeable Linda Corfman, R.N.: CFMG employee who will testify about CFMG's role at the jail as well as services administered by CFMG. This witness will also testify concerning the underlying incident.

14. CFMG Psychiatrist Taylor Fithian, M.D.: CFMG employee who will testify about CFMG's role at the jail as well as services administered by CFMG.

15. CFMG Nurse Dorina Armenta, R.N.: CFMG employee who will testify about CFMG's role at the jail as well as services administered by CFMG. This witness will also testify concerning the underlying incident.

16. CFMG Nurse Norma Franco, L.V.N.: CFMG employee who will testify about CFMG's role at the jail as well as services administered by CFMG. This witness will also testify concerning the underlying incident.

17. CFMG Miguel Duarte, R.N.: CFMG employee who will testify about CFMG's role at the jail as well as services administered by CFMG. This witness will also testify concerning the underlying incident.

18. CFMG Independent Contracting Tele Psychiatrist Michael Salib, M.D.: CFMG employee who will testify about CFMG's role at the jail as well as services administered by CFMG. This witness will also testify concerning the underlying incident.

19. Imperial County Sheriff's Office Investigator Marco Lopez: County employee who will testify as to the investigation of the death.

20. Imperial County Coroner's Office Forensic Pathologist Darryl J. Garber, M.D.: County employee who will testify as to the autopsy of Mr. Pichardo.

21. CFMG Richard Shunnarah, R.N: CFMG employee who will testify about CFMG's role at the jail as well as services administered by CFMG.

22. Board of State and Community Corrections Custodian of Records: Custodian of records to authenticate Board of State and Community Corrections records.

**2.   Defendant**

Defendant expects to call the above witnesses at numbers 1-2 and 8-21. In addition, defendant expects to call:

1. Kim Pearson, R.N.: Defendant's retained expert witness on the standard of care, policies and causation.

2. Robert Fonzi: Imperial County's retained expert witness relative to correctional practices.

3. Vanessa Alvarado: CFMG employee and percipient witness regarding decedent's care and treatment at the Imperial County Jail.

4. Antenela Barron, LVN: CFMG employee and percipient witness regarding decedent's care and treatment at the Imperial County Jail.

5. Jaime Daleth, L.V.N.: CFMG employee and percipient witness regarding decedent's care and treatment at the Imperial County Jail.

///

     6.    Ivan Martin: CFMG employee and percipient witness regarding decedent's care and treatment at the Imperial County Jail.

     7.    Julio Martinez, M.D.: CFMG contractor and Percipient witness regarding decedent's care and treatment at the Imperial County Jail and CFMG's medical and mental health program at Imperial County Jail during the relevant time frame.

**B.**    **Reserve the Right to Call**

    **1.**    **Plaintiffs**

        Plaintiffs intend to call all aforementioned witnesses at trial.

    **2.**    **Defendant**

        Defendant intends to call all aforementioned witnesses at trial. Defendant reserves the right to call impeachment witnesses as necessary.

## IV.

## EXHIBITS

**A.**    **Expect to Offer**

    **1.**    **Plaintiffs**

     1.    Imperial County Sheriff's Office (hereinafter "ICSO") Watch Commander Colby Stewart Standard Diary/Daily Logs (IMP001231-1351)

     2.    ICSO Jail Logs re: Jose Banda Pichardo (IMP000117-118)

     3.    ICSO Jail Events/Summary Reports re: Jose Banda Pichardo (IMP000034-52)

     4.    CFMG Medical Records re: Jose Banda Pichardo (CFMG-JBP 000001-89)

     5.    ICSO Guard 1-Plus Round Tracker Module H (IMP000080-82)

     6.    ICSO Incident Report re: Jose Banda Pichardo Suicide (IMP000010-33)

     7.    Board of State and Community Corrections (IMP001352-1488)

     8.    ICSO Command Staff Email Authored by Inv. Lopez (IMP001112)

     9.    ICSO Inv. Lopez's Investigative Report Memorializing Inmate Witness Interviews (IMP001497-1500)

     10.   ICSO Crime Investigation Unit - Photographs of Cell (IMP000102-105)

11. ICSO Body Cam of Inmate Interviews__ 30-AXON_Body_2_Video_2019-02-23_0856 (IMP000371)

12. Certified Transcription of "ICSO Body Cam of Inmate Interviews__ 30-AXON_Body_2_Video_2019-02-23_0856 (IMP000371)"

13. ICSO Body Cam of Inmate Dagoberto Conde Interview__29-AXON_Body_2_Video_2019-02-23_1046 (IMP000370)

14. Certified Transcription of "ICSO Body Cam of Inmate Dagoberto Conde Interview__29-AXON_Body_2_Video_2019-02-23_1046 (IMP000370)"

15. CFMG P&P re: Administration of Medication (CFMG-JBP 000265-266)

16. CFMG Psych Request Slips re: Jose Banda Pichardo (CFMG-JBP 00086-87)

17. ICSO Staff Interviews (IMP000369)

18. CFMG P&P re: Informed Consent & Right to Refuse (CFMG-JBP 378-379)

19. CFMG Refusals re: Jose Banda Pichardo (CFMG-JBP 000080-85, 88, 89)

20. CFMG Death Review re: Jose Banda Pichardo (CFMG-JBP 000499-508)

21. CFMG P&P re: Continuation of Medications Begun Prior to Incarceration (CFMG-JBP 000274-276)

22. CFMG P&P re: Suicide Prevention Policy (CFMG-JBP 000421-427)

23. ICSO Memorandum re: Briefing to Undersheriff authored by Deputy Chief Jamie Clayton (IMP001501)

24. ICSO Corrections Bureau P&P Critical Incident Reports (IMP002221-2223)

25. ICSO Corrections Bureau P&P Organizational Philosophy (IMP 001522-1525)

26. ICSO Corrections Bureau P&P Suicide Prevention (IMP001502-IMP002232)

27. ICSO Corrections Bureau P&P Inmate Deaths (IMP0010006-1007)

28. ICSO Corrections Bureau P&P Security Checks (IMP000593-596)

29. ICSO Corrections Bureau P&P CCTV Ware Recorder (IMP002226-2228)

30. CFMG Taylor Fithian, M.D. 01/03/19 New Patient Evaluation conducted by (CFMG-JBP000078-79)

| | | |
|---|---|---|
| 31. | CFMG Dorina Armenta, R.N. 02/03/19 Psych Evaluation (CFMG-JBP000068) |
| 32. | CFMG Michael Salib, M.D. 02/06/19 Evaluation & Treatment Plan (CFMG-JBP 000062-63) |
| 33. | CFMG Weight Records re: Jose Banda Pichardo (CFMG-JBP000063-67) |
| 34. | Imperial County Coroner's Office Records re: Jose Banda Pichardo (JT 14-23) |
| 35. | Palm Springs Cemetery District Schedule of Charges (JT 41-44) |
| 36. | Invoice from Forest Lawn Memorial Parks & Mortuaries (JT 46-57) |
| 37. | Employment Records from Norma's Kitchen re: Jose Banda Pichardo (JT 62-64) |
| 38. | Employment Records from Sherman's Deli re: Jose Banda Pichardo (JT 373-401) |
| 39. | Larry D. Smith Correctional Facility Records re: Jose Banda Pichardo (JT 580-729) |
| 40. | Riverside County Department of Mental Health Records re: Jose Banda Pichardo (JT 771-1041) |
| 41. | Declaration of Joshua Lee Greene |
| 42. | Declaration of Michael Jay Dibble |
| 43. | Expert Report by Plaintiffs' Forensic Psychiatrist Expert Nicole Johnson, M.D. |
| 44. | Expert Report by Plaintiffs' Corrections Expert Tim Gravette |
| 45. | CFMG / ICSO Staff Meeting 03/29/2018 (CFMG/JBP 000411-429) |
| 46. | CFMG / ICSO Staff Meeting 04/26/2018 (CFMG/JBP 000430-435) |
| 47. | CFMG / ICSO Staff Meeting 11/28/2018 (CFMG/JBP 000436-452) |
| 48. | CFMG / ICSO Staff Meeting 12/20/2018 (CFMG/JBP 000453-459) |
| 49. | CFMG / ICSO Staff Meeting 04/26/2019 (CFMG/JBP 000460-470) |
| 50. | CFMG / ICSO Staff Meeting 02/26/2015 (CFMG/JBP 000481-492) |

51. CFMG Quality Assurance/Peer Review Committee Meeting 02/11/2015 (CFMG/JBP 000471-480)

52. CFMG Quality Assurance/Peer Review Committee Meeting 06/22/2016 (CFMG/JBP 000493-498)

53. Photographs of Jose Banda Pichardo

54. Photographs of Jose Banda Pichardo with Family

55. Videos of Jose Banda Pichardo

56. Videos of Jose Banda Pichardo with Family

**2.  Defendant**

Defendant expects to offer above exhibits 1-10, 15-22, 30-34, 39, and 45-52. In addition, Defendant expects to offer the following exhibits:

1. Subpoenaed employment records related to decedent from Sherman's Deli.

2. Subpoenaed employment records related to decedent from Norma's Italian Kitchen.

3. CFMG Medical Records Related to Jose Banda Pichardo (CFMG-JBP 000001- 000089)

4. CFMG Employee Training Transcripts (CFMG-JBP 000090-000096)

5. CFMG February 2019 Imperial County Jail Staff Schedule (CFMG-JBP 000132- 000133).

6. CFMG Suicide Prevention Trainings (CFMG-JBP 000134-000200).

7. CFMG Imperial County Policy and Procedure Manual (CFMG-JBP 000201- 000380).

8. CFMG Monthly Workload Statistics (CFMG-JPB 000524-000533)

9. CFMG Contract for Services with Imperial County (CFMG-JBP 000535-000581)

10. Inmate Classification Assessment Form for Jose Banda Pichardo (IMP000112 - IMP000116, JT 104-105).

11. Imperial County Sheriff's Office Jail Logs (IMP000117 - IMP000140).

12. Imperial County Jail Events Summary (JT 104-121).

13. Jose Banda Pichardo Parole Records (JT-024 –JT-038).

14. Jose Banda Pichardo criminal records from Superior Court of California, County of Riverside (JT-290 –JT-371); (JT-503 – JT-553).

15. California Correctional Health Care Services records for Jose Banda Pichardo (JT-403–JT-490); (JT-729 – JT-770).

16. Jose Banda Pichardo criminal records from Superior Court of California, County of Imperial (JT-554 –JT-565)

17. Jose Banda Pichardo records from California Department of Corrections and Rehabilitation (JT 566 –JT-577).

18. Jose Banda Pichardo 1/9/9 conviction and 2/7/19 sentencing records from Imperial County Superior Court (JT 544, JT 554).

19. Expert report by CFMG's expert witness Kim Pearson, R.N.

20. Expert report by Imperial County's expert witness Robert Fonzi.

**B.  Reserve the Right to Offer**

    **1.  Plaintiffs**

Plaintiffs intend to offer all aforementioned exhibits, and/or portions of the exhibit, at trial.

    **2.  Defendant**

Defendant intends to offer all aforementioned exhibits, and/or portions of the exhibit, at trial. Defendant reserves the right to introduce impeachment exhibits as necessary.

## V.

## STATEMENT OF STIPULATED FACTS

1. From October 27, 2018 to February 23, 2019, Jose Banda Pichardo was an inmate incarcerated at the Imperial County Sheriff's Department, Regional Adult Detention Facility.

2. From October 27, 2018 to February 23, 2019, Defendant California Forensic Medical Group was responsible for administering medical and mental health care to inmates incarcerated at the Imperial County Sheriff's Department, Regional Adult Detention Facility.

3. On February 23, 2019, Jose Banda Pichardo died by suicide in his cell by asphyxiating himself with a bedsheet.

## VI.
## DEPOSITION TRANSCRIPTS

At the Pretrial Conference on September 6, 2024, the Court granted Plaintiffs' unopposed request to offer the remote testimony of witnesses Michael Salib, M.D.; Michael Jay Dibble; and Jamie Clayton. As such, there are no witnesses for whom deposition testimony is expected to be offered in lieu of live testimony.

## VII.
## JURY INSTRUCTIONS

At the Pretrial Conference, the Court and the parties reviewed the parties Joint Jury Instructions (Dkt. No. 210), and the parties reached agreement on multiple instructions, including that certain proposed instructions were not necessary. By not later than **September 19, 2024**, the parties must jointly file amended joint jury instructions that reflect the parties' discussions at the Pretrial Conference.

///
///
///

## VIII.
## JURY TRIAL

A jury trial is set for September 23, 2024, at 9:00 a.m. As discussed at the Pretrial Conference, the Court will bifurcate liability and damages. *See* Fed. R. Civ. Proc. 42(b); *Est. of Diaz v. City of Anaheim*, 840 F.3d 592 (9th Cir. 2016).

Plaintiffs and CFMG shall each be allotted 20 hours for the entire trial. Each side's opening statement, witness examinations (both direct examinations and cross-examinations) and closing argument count toward the 20-hour limit. Jury selection will not count toward the time limit.

**IT IS SO ORDERED.**

Dated: September 12, 2024

_____
Hon. David D. Leshner
United States Magistrate Judge